IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| METROPLEX ATHEISTS,<br>　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>CITY OF FORT WORTH,<br>DOWNTOWN FORT WORTH, INC.,<br>MATTIE PARKER,<br>CARLOS FLORES,<br>MICHAEL D. CRAIN,<br>CHARLES LAUERSDORF,<br>GYNA BIVENS,<br>JARED WILLIAMS,<br>MACY HILL,<br>CHRIS NETTLES,<br>ELIZABETH M. BECK,<br>ALAN BLAYLOCK,<br>JEANETTE MARTINEZ,<br>DAVID COOKE,<br>WILLIAM JOHNSON, *each in their individual and official capacities,*<br>　　　　　　　　　*Defendants.* | Civil Action No. 4:23-cv-00736-O |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS PARKER, FLORES, CRAIN, LAUERSDORF,
BIVENS, WILLIAMS, HILL, NETTLES, BECK, BLAYLOCK,
<u>MARTINEZ, COOK, AND JOHNSON</u>**

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, FED. R. CIV. P., Plaintiff Metroplex Atheists hereby serves this *Notice of Dismissal Without Prejudice as to Defendants Parker, Flores, Crain, Lauersdorf, Bivens, Williams, Hill, Nettles, Beck, Blaylock, Martinez, Cook, and Johnson*, and would respectfully show the Court as follows:

　　　　1.　　Plaintiff filed suit against Defendant on July 17, 2023 seeking, *inter*

*alia*, injunctive relief.

2. Defendants Parker, Flores, Crain, Lauersdorf, Bivens, Williams, Hill, Nettles, Beck, Blaylock, Martinez, Cook, and Johnson have not been served with process in this Action, and so consequently has not served an answer or motion for summary judgment.

3. The case is not governed by any federal rule or statute that requires leave of the Court prior to dismissal. Further, none of the other conditions set forth in Rule 41 prohibiting voluntary dismissal apply in this Action.

4. Plaintiff accordingly gives notice of dismissal of Defendants Parker, Flores, Crain, Lauersdorf, Bivens, Williams, Hill, Nettles, Beck, Blaylock, Martinez, Cook, and Johnson only from this Action under Rule 41(a)(1)(A)(i). For the avoidance of doubt, this dismissal is without prejudice under FED. R. CIV. P. 41(a)(1)(B).

Dated: July 26, 2023          Respectfully submitted,

**GLAST, PHILLIPS & MURRAY, P.C.**

By:  */s/ M.E. Furse*
  **Matthew E. Furse**
  State Bar No. 24105032
  MFurse@GPM-Law.com
  **Lawrence S. Fischman**
  State Bar No. 07044000
  LFischman@GPM-Law.com
  **Robert N. Loughran**
  State Bar No. 24111197
  RLoughran@GPM-Law.com
  14801 Quorum Dr., Ste. 500
  Dallas, Texas 75254-1449
  Tel. (972) 419-8300
  Fax. (972) 419-8329

  *Counsel to Plaintiff,*
  **METROPLEX ATHEISTS**

-and-

Geoffrey T. Blackwell (PA 319778)*
American Atheists Legal Center
1517 N. Stillman St., Unit 2
Philadelphia, PA 19121
Phone: (908) 603-8787
gblackwell@atheists.org

*\* Application for pro hac vice admission pending.*

### CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, a true and correct copy of the foregoing *Notice of Dismissal of Defendants Parker, Flores, Crain, Lauersdorf, Bivens, Williams, Hill, Nettles, Beck, Blaylock, Martinez, Cook, and Johnson* was served electronically via the Court's ECF system upon all parties receiving such notice in this Action.

By: */s/ M.E. Furse*
MATTHEW E. FURSE