AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Metroplex Atheists | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:23-cv-00736-O |
| | ) |
| City of Fort Worth, et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** City of Fort Worth, individual and official capacity
200 Texas Street
Fort worth , TX 76102

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Matthew Furse
14801 Quorum Drive, Suite 500
Dallas , TX 75254-1449

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 07/18/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Case 4:23-cv-00736-O   Document 12   Filed 07/27/23   Page 2 of 2   PageID 177
Case 4:23-cv-00736-O   Document 7   Filed 07/18/23   Page 8 of 30   PageID 79
AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00736-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) City of Fort Worth
was received by me on (*date*) 7/25/23.

☐ I personally served the summons on the individual at (*place*) _____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (*name of individual*) Allison Tidwell, who is designated by law to accept service of process on behalf of (*name of organization*) City of Fort Worth @ 4:30PM on (*date*) 7/25/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 7/25/23

Server's signature

# PSC 19004
Exp. 10.31.24

Kassandra Dugas - Process Server
Printed name and title

2326 Manchester LN
Lancaster TX 75134
Server's address

CARRIE MICHELLE DEAN
Notary Public, State of Texas
Comm. Expires 02-01-2026
Notary ID 133563213

Additional information regarding attempted service, etc:

Kassandra Dugas
SWORN TO AND SUBSCRIBED BEFORE ME
ON THIS 26 DAY OF July 2023

Carrie M Dean