AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Metroplex Atheists <br> *Plaintiff* <br> v. <br> City of Fort Worth, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:23-cv-00736-O <br> ) <br> ) <br> ) <br> ) |

## Summons in a Civil Action

**TO:** Downtown Fort Worth Inc, individual and official capacity

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Matthew Furse
14801 Quorum Drive, Suite 500
Dallas , TX 75254-1449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 07/18/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00736-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **Downtown Fort Worth Inc**
was received by me on (date) **7/25/23**.

☐ I personally served the summons on the individual at (place) _____ on (date) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) **Brandi Ervin**, who is designated by law to accept service of process on behalf of (name of organization) **Downtown Fort Worth Inc @ 4:10 PM** on (date) **7/25/23**; or

☐ I returned the summons unexecuted because _____; or

☐ other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **7/25/23**

PSC# 19004
exp. 10/31/24

[Notary seal: CARRIE MICHELLE DEAN, Notary Public, State of Texas, Comm. Expires 02-01-2026, Notary ID 133563213]

Server's signature

**Kassandra Dugas - Process Server**
Printed name and title

**2326 Manchester W**
**Lancaster, TX 75134**
Server's address

Kassandra Dugas
SWORN TO AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF _____ 20__

Additional information regarding attempted service, etc:

x Carrie M Dean