IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| METROPLEX ATHEISTS,<br>　　　　　　　　*Plaintiff,*<br><br>v.<br><br>CITY OF FORT WORTH,<br>DOWNTOWN FORT WORTH, INC.,<br>MATTIE PARKER,<br>CARLOS FLORES,<br>MICHAEL D. CRAIN,<br>CHARLES LAUERSDORF,<br>GYNA BIVENS,<br>JARED WILLIAMS,<br>MACY HILL,<br>CHRIS NETTLES,<br>ELIZABETH M. BECK,<br>ALAN BLAYLOCK,<br>JEANETTE MARTINEZ,<br>DAVID COOKE,<br>WILLIAM JOHNSON, *each in their individual and official capacities,*<br>　　　　　　　　*Defendants.* | Civil Action No. 4:23-cv-00736-O |

## NOTICE OF SERVICE AND CONFERENCE

In accordance with this Court's Order entered on July 18, 2023, Plaintiff Metroplex Atheists hereby serves this *Notice of Service and Conference*, and would respectfully show the Court as follows:

1.　　Plaintiff filed its Complaint (Dkt. No. 1), as well as a Motion for Temporary Restraining Order and Preliminary Injunction with supporting documents (hereinafter, collectively referred to as the "PI Motion") (Dkt. Nos. 3, 3-1, 3-2, 4, 5), on July 17, 2023, seeking relief under the First Amendment of the United

States Constitution, as applied to the states through the Fourteenth Amendment. (Dkt. No. 1, 3, 4.)

2.   On July 18, 2023, the Court entered an Order denying Plaintiff's request for an ex parte temporary restraining order and ordered Plaintiff to provide notice of the motion to Defendants and file a notice on the docket providing details of such notice. The order also instructed the parties to file a joint report with proposed deadlines for adjudicating Plaintiff's claims for preliminary injunctive relief. (Dkt. No. 8.)

3.   From July 17 through 27, 2023, Plaintiff's counsel conferred via telephone and email with Laetitia Coleman Brown, counsel for Defendant City of Fort Worth, regarding service of process and Plaintiff's PI Motion, including coordinating with regard to a hearing date and expedited briefing schedule.

4.   On Tuesday, July 25, 2023, Defendant City of Fort Worth was served with a copy of the Complaint and PI Motion. (Dkt. No. 12.)

5.   From July 21 through 27, 2023, Plaintiff's counsel conferred via telephone and email with Charles B. Milliken and Daniel L. Bates, counsel for Defendant Downtown Fort Worth, Inc., regarding service of process and Plaintiff's PI Motion, including coordinating with regard to a hearing date and expedited briefing schedule.

6.   On Tuesday, July 25, 2023, Defendant Downtown Fort Worth, Inc. was served with a copy of the Complaint and PI Motion. (Dkt. No. 13.)

Dated: July 27, 2023            Respectfully submitted,

**GLAST, PHILLIPS & MURRAY, P.C.**

By: */s/ M.E. Furse*
**Matthew E. Furse**
State Bar No. 24105032
MFurse@GPM-Law.com
**Lawrence S. Fischman**
State Bar No. 07044000
LFischman@GPM-Law.com
**Robert N. Loughran**
State Bar No. 24111197
RLoughran@GPM-Law.com
14801 Quorum Dr., Ste. 500
Dallas, Texas 75254-1449
Tel. (972) 419-8300
Fax. (972) 419-8329

-and-

**Geoffrey T. Blackwell**
PA Bar No. 319778*
American Atheists, Inc.
1517 N. Stillman St., Unit 2
Philadelphia, PA 19121
Phone: (908) 603-8787
gblackwell@atheists.org

*Counsel to Plaintiff,*
**METROPLEX ATHEISTS**

\* *Application for pro hac vice admission pending.*

### CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, a true and correct copy of the foregoing *Notice of Service and Conference* was served electronically via the Court's ECF system upon all parties receiving such notice in this Action.

By: */s/ M.E. Furse*
MATTHEW E. FURSE