IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| METROPLEX ATHEISTS,<br>                               *Plaintiff,*<br><br>v.<br><br>CITY OF FORT WORTH,<br>DOWNTOWN FORT WORTH, INC.,<br>MATTIE PARKER,<br>CARLOS FLORES,<br>MICHAEL D. CRAIN,<br>CHARLES LAUERSDORF,<br>GYNA BIVENS,<br>JARED WILLIAMS,<br>MACY HILL,<br>CHRIS NETTLES,<br>ELIZABETH M. BECK,<br>ALAN BLAYLOCK,<br>JEANETTE MARTINEZ,<br>DAVID COOKE,<br>WILLIAM JOHNSON, *each in their individual and official capacities,*<br>                               *Defendants.* | Civil Action No. 4:23-cv-00736-O |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

In accordance with this Court's Order entered on July 18, 2023, the parties have conferred and have agreed to the following proposed briefing schedule and date for oral argument:

1. Defendants must respond to Plaintiff's motion for preliminary injunction by August 2, 2023.

2. Plaintiffs must reply by August 4, 2023.

3. Oral arguments in this matter be set for August 4, 2023.

The parties respectfully request that the Court enter their proposed briefing schedule on Plaintiff's motion for preliminary injunction.

Dated: July 27, 2023               Respectfully submitted,

**GLAST, PHILLIPS & MURRAY, P.C.**

By:  */s/ M.E. Furse*
**Matthew E. Furse**
State Bar No. 24105032
MFurse@GPM-Law.com
**Lawrence S. Fischman**
State Bar No. 07044000
LFischman@GPM-Law.com
**Robert N. Loughran**
State Bar No. 24111197
RLoughran@GPM-Law.com
14801 Quorum Dr., Ste. 500
Dallas, Texas 75254-1449
Tel. (972) 419-8300
Fax. (972) 419-8329

-and-

**Geoffrey T. Blackwell**
PA Bar No. 319778*
American Atheists, Inc.
1517 N. Stillman St., Unit 2
Philadelphia, PA 19121
Phone: (908) 603-8787
gblackwell@atheists.org

*Counsel to Plaintiff,*
**METROPLEX ATHEISTS**

* *Application for pro hac vice admission pending.*

*/s/Laetitia C. Brown*
**Laetitia Coleman Brown**
Deputy City Attorney
State Bar No. 00792417
*laetitia.brown@fortworthtexas.gov*

Trey Qualls
Assistant City Attorney
State Bar No. 24099918
*trey.qualls@fortworthtexas.gov*

CITY OF FORT WORTH
Office of the City Attorney
200 Texas Street
Fort Worth, Texas 76102-6311
P: 817.392.7600
F: 817.392.8359

*<u>Attorneys for Defendant City of Fort Worth</u>*

*/s/ Daniel L. Bates*
Daniel L. Bates
State Bar No. 01899900
dbates@deckerjones.com
**Decker Jones, P.C.**
Burnett Plaza, Suite 2000
801 Cherry Street, Unit #46
Fort Worth, Texas 76102-6836
Telephone: (817) 336-2400
Telecopier: (817) 336-2181

*<u>Attorney for Defendant Downtown Fort Worth, Inc.</u>*