UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| METROPLEX ATHEISTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00736-O |
| | § | |
| CITY OF FORT WORTH, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are the parties' Joint Status Report and Proposed Briefing Schedule (ECF No. 15) and Plaintiff's Motion for Hearing on Preliminary Injunction (ECF No. 16), both filed July 27, 2023. Since Defendants have now received notice of this action, the Court hereby **ORDERS** that Defendants respond to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction **by Tuesday, August 1, 2023**. Plaintiff shall file its reply **by Thursday, August 3, 2023**. The Court **DEFERS** Plaintiff's Motion for Hearing on Preliminary Injunction at this time.

SO ORDERED on this **27th day** of **July, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE